ing to show, a verbal demand before service of the notice required by the statute.

The judgment is reversed and the cause remanded.

*Reversed and remanded.*

---

**Leon Van Zele, Appellee, v. H. H. Cleaveland and James McNamara, trading as Cleaveland & McNamara, Appellants.**

**Gen. No. 6,414. (Not to be reported in full.)**

Appeal from the County Court of Whiteside county; the Hon. W. A. BLODGETT, Judge, presiding. Heard in this court at the April term, 1917. Reversed and remanded. Opinion filed August 7, 1917.

### Statement of the Case.

Trial of right of property by Leon Van Zele, claiming under a chattel mortgage, and H. H. Cleaveland, and James McNamara, trading as Cleaveland & McNamara, claiming as judgment creditors under a levy upon certain farm implements. From a judgment for the chattel mortgage claimant, the judgment creditors appeal.

This mortgage is the same as that involved in the case between the same parties, Gen. No. 6,413, *ante,* p. 387, and judgment is reversed for reasons other than as to the question of increase stated in opinion in that case.

H. A. WELD, for appellants.

JOSEPH L. SHAW, for appellee.

MR. PRESIDING JUSTICE CARNES delivered the opinion of the court.